IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:22-CR-00278-M

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEYMON LEAHKE COFIELD, <br><br> Defendant. | ORDER |

This matter comes before the court on various pretrial motions filed by Defendant [DE 45; DE 46; DE 47]. In light of Defendant's subsequent entry of a guilty plea, *see* DE 52, his motions are denied as moot without prejudice.

SO ORDERED this 29th day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE